

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00193-CR
No. 04-24-00194-CR

Mark Daniel **MALLOW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6598, 2023CR6599
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's final judgments of conviction are AFFIRMED.

SIGNED November 19, 2025.

_____
Irene Rios, Justice